IN RE ADOPTION OF JIMENEZ.

[Cite as *In re Adoption of Jimenez* (2000), 90 Ohio St.3d 1214.]

(No. 99–1993—Submitted September 12, 2000—Decided September 20, 2000.)

*Dan D. Weiner,* for appellee Heather Jimenez.

*Lane, Alton & Horst, Charles K. Milless* and *Corinne N. Ryan; Susan Garner Eisenman; Holzfaster, Cecil, McKnight & Mues* and *Robert L. Mues,* for appellants William and Yvonne Arnold.

The cause is dismissed, *sua sponte,* as having been improvidently allowed.

MOYER, C.J., F.E. SWEENEY, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS, RESNICK and PFEIFER, JJ., dissent.

———

**ALICE ROBIE RESNICK, J., dissenting.** I would affirm the judgment of the court of appeals.

DOUGLAS and PFEIFER, JJ., concur in the foregoing dissenting opinion.